FILED IN OPEN COURT
6/17/2021
CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE, FLORIDA

AO (Rev. 5/85) Criminal Complaint

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

vs.

JOSUE BELLO-HERNANDEZ
a/k/a L.D. Fernandez

**CRIMINAL COMPLAINT**

Case No. 3:21-mj- 1331-JRK

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief. On or about August 6, 2018, in Duval County, in the Middle District of Florida, the defendant,

> did knowingly possess and use, without lawful authority, a means of identification of another person, that is, the name, date of birth, and Social Security Number of L.D. Fernandez, knowing and having reason to know that the means of identification belonged to another person, during and in relation to a felony enumerated in 18 U.S.C. § 1028A(c), that is, falsely claiming to be a United States citizen with the intent to obtain a state benefit in violation of 18 U.S.C. § 1015(e),

in violation of 18 U.S.C. § 1028A(a)(1). I further state that I am a Special Agent with the United States Department of Homeland Security, Homeland Security Investigations, and that this Complaint is based on the following facts:

SEE ATTACHED AFFIDAVIT

Continued on the attached sheet and made a part hereof: ☒ Yes ☐ No

_____
Signature of Complainant
Scott R. Kraich

Sworn to before me and subscribed in my presence,

June 17, 2021                                at      Jacksonville, Florida

JAMES R. KLINDT
United States Magistrate Judge
Name & Title of Judicial Officer

_____
Signature of Judicial Officer

## CRIMINAL COMPLAINT AFFIDAVIT

I, Scott R. Kraich, being a duly sworn and appointed Special Agent for the United States Department of Homeland Security, Homeland Security Investigations ("HSI"), hereby make the following statement in support of the attached criminal complaint:

1. Your affiant has been a Special Agent of HSI since November 2008. Previously, your affiant was employed as a Correctional Probation Senior Officer and Correctional Probation Officer for the Florida Department of Corrections for approximately nine years and six months. Your affiant has training and experience in the preparation and presentation of criminal complaints and training and experience in the service of arrest warrants.

2. On May 11, 2021, your affiant was told by Manny Vega, U.S. Immigration and Customs Enforcement ("ICE") Enforcement and Removal Operations Field Program Manager, that on May 7, 2021, a subject identifying himself as L.D. Fernandez was booked into the Duval County Pre-Trial Detention Facility in Jacksonville, Florida. Officer Vega stated that when the subject was booked, he provided as identification a Florida driver's license, with a number ending in 4431, in the name of L.D. Fernandez with a date of birth of December ▮, 1990.[1] Vega stated that when the subject's fingerprints were taken and run through

---

[1] I am aware of the full name and date of birth of L.D. Fernandez, but that information has been redacted from the affidavit to keep this information, which

(continued)

law enforcement databases, the query revealed that the subject was not the person with the initials L.D. Fernandez but was in fact a citizen of Mexico named JOSUE BELLO-HERNANDEZ with a date of birth in October, 1985. In light of the results of this query, BELLO-HERNANDEZ was referred to an officer with the Jacksonville Sheriff's Office ("JSO") who has been deputized to perform the functions of an immigration officer pursuant to 8 U.S.C. § 1357(g), commonly known as a "287(g) officer" (because the statute was enacted as section 287(g) of the Immigration and Nationality Act).

3. On May 12, 2021, your affiant was told by JSO Officer Mark Johnson, a 287(g) officer, that he encountered BELLO-HERNANDEZ on May 8, 2021. During this encounter, BELLO-HERNANDEZ initially stated that he was from Puerto Rico. Officer Johnson then explained that he was aware that BELLO-HERNANDEZ had previously been encountered by 287(g) officers on or about August 6, 2010. BELLO-HERNANDEZ then admitted that he was from Mexico.

4. On May 17, 2021, your affiant verified through the ICE Law Enforcement Support Center that on May 8, 2021, a fingerprint-based query was conducted by JSO that revealed that the true identity of the person arrested on May 7, 2021, was a Mexican citizen named JOSUE BELLO-HERNANDEZ with a date of birth in October, 1985.

---

is information about a real person, out of the public record. Throughout this affidavit, such identifying information has been redacted, but I am aware of that information.

5. On May 12, 2021, your affiant was told by JSO Detective Frank Strahler that he obtained an arrest warrant in the name of L.D. Fernandez with a date of birth of December ■, 1990. Detective Strahler stated he had spoken with JSO Officer Selvir Lokmic on May 12, 2021, who told him that he had executed this arrest warrant on May 7, 2021. Officer Lokmic told Detective Strahler that at the time of the arrest, BELLO-HERNANDEZ had presented him with the Florida driver's license in the name of L.D. Fernandez with a number ending in 4431. At the time of the arrest, Officer Lokmic did not know the true identity of BELLO-HERNANDEZ.

6. On May 12, 2021, your affiant was told by JSO Corrections Officer Darius Peterson that at the time BELLO-HERNANDEZ was booked on May 7, 2021, he had signed and initialed a JSO Department of Corrections Inmate Information/Orientation Form that reflected that his name was L.D. Fernandez and that he had answered "Puerto Rico" in response to questions about his citizenship and place of birth. At the time this form was filled out, Officer Peterson did not know BELLO-HERNANDEZ's true identity.

7. On May 14, 2021, your affiant spoke with Shane Greenwood, Branch Manager for the Duval County Tax Collector Office, who reported the following information to your affiant. On May 1, 2015, BELLO-HERNANDEZ obtained a Florida identification card in the name of L.D. Fernandez at the Duval County Tax Collector's Office, Mandarin Branch, located at 10035 San Jose Blvd., Jacksonville,

Florida. To prove his identity and citizenship, BELLO-HERNANDEZ presented a Puerto Rico birth certificate, which your affiant has reviewed, in the name of L.D. Fernandez with a date of birth of December ▮, 1990. BELLO-HERNANDEZ also presented a Social Security Card bearing a number ending in 8472 in the name of L.D. Fernandez. In addition, he provided a Florida Department of Highway Safety and Motor Vehicles Certification of Address form in the name of L.D. Fernandez with a date of birth of December ▮, 1990. A digital photograph was taken of BELLO-HERNANDEZ and he digitally signed under the following statement: "Under penalty of perjury, I swear or affirm that the information given by me in this application is true and correct. . . ."

8.   Greenwood further stated that on August 6, 2018, BELLO-HERNANDEZ obtained a Florida driver's license in the name of L.D. Fernandez at the Duval County Tax Collector's Office, Mandarin Branch. To obtain the license, BELLO-HERNANDEZ presented a Commonwealth of Puerto Rico Department of Transportation and Public Works Driver Services Directorate Certificate. This document certified that L.D. Fernandez with a date of birth of December ▮, 1990, and a Social Security Number ending in 8472 was authorized to operate motor vehicles in Puerto Rico with license number 4338356, which was issued on May 12, 2015, and had an expiration date of December 3, 2021. The certificate was signed by Nelson Ruiz Otero, Director or Authorized Representative, on July 20, 2018. In addition, BELLO-HERNANDEZ provided two proof of residency documents in the

name of L.D. Fernandez. A digital photograph was taken of BELLO-HERNANDEZ and he digitally signed under the following statement: "Under penalty of perjury, I swear or affirm that the information given by me in this application is true and correct. . . ."

9.  Greenwood further stated that on February 19, 2019, BELLO-HERNANDEZ obtained a replacement Florida driver's license in the name of L.D. Fernandez at the Duval County Tax Collector's Office, Mandarin Branch. A photograph was taken of BELLO-HERNANDEZ and he digitally signed under the following statement: "Under penalty of perjury, I swear or affirm that the information given by me in this application is true and correct. . . ."

10. Greenwood further stated that on November 25, 2019, BELLO-HERNANDEZ went to the Duval County Tax Collector's Office, Neptune Beach Branch, located at 1505 Atlantic Blvd., Neptune Beach, Florida. On that date, BELLO-HERNANDEZ provided proof of basic personal injury protection insurance coverage in the name of L.D. Fernandez. Greenwood stated that the Florida driver's license in the name of L.D. Fernandez was reinstated upon his providing this proof of insurance coverage.

11. Greenwood further stated that On October 30, 2020, BELLO-HERNANDEZ ordered a new Florida driver's license through the internet. On November 2, 2020, this driver's license in the name of L.D. Fernandez was printed and then mailed to BELLO-HERNANDEZ.

12. On May 19, 2021, your affiant reviewed records of BELLO-HERNANDEZ's obtaining the Florida identification card and driver's license that were available on the Florida Driver and Vehicle Information Database (DAVID"). The records contain photographs taken at the Duval County Tax Collector's Office on May 1, 2015, August 6, 2018, and February 19, 2019, when BELLO-HERNANDEZ obtained the identification card and driver's license in the name of L.D. Fernandez. The person depicted in the photographs is the same person depicted in the photograph of BELLO-HERNANDEZ taken by the 287(g) officer on May 8, 2021.

13. On May 20, 2021, your affiant was told by Mervyn Miller, Senior Special Agent with the Social Security Administration Office of Inspector General, Office of Investigations, that the Social Security Number ending in 8472 is a valid number assigned to a person named L.D. Fernandez with a date of birth of December █, 1990.

Based on the foregoing, your affiant believes there is probable cause to establish that on August 6, 2018, JOSUE BELLO-HERNANDEZ, also known as L.D. Fernandez, did knowingly possess and use, without lawful authority, a means of identification of another person, that is, the name, date of birth, and Social Security Number of L.D. Fernandez, knowing and having reason to know that the means of identification belonged to another person, during and in relation to a felony enumerated in 18 U.S.C. § 1028A(c), that is, falsely claiming to be a United States

citizen with the intent to obtain a state benefit in violation of 18 U.S.C. § 1015(e), in violation of 18 U.S.C. § 1028A(a)(1).

_____
Scott R. Kraich, Special Agent
Homeland Security Investigations
Jacksonville, Florida